UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **GILBERT GODINEZ**<br>*Plaintiff,*<br><br>V.<br><br>**TRIMAC TRANSPORTATION CENTRAL, INC.**<br>*Defendant.* | §<br>§<br>§   Civil No. 5:11-cv-00618-FB<br>§<br>§   **JURY TRIAL DEMANDED**<br>§<br>§<br>§ |

## PLAINTIFF'S VOLUNTARY MOTION OF DISMISSAL WITH PREJUDICE

COMES NOW, Gilbert Godinez, Plaintiff in the above-entitled and numbered cause, and states to the Court that he no longer desires to prosecute this case against Defendant, Trimac Transportation Central, Inc., in this forum. Accordingly, Plaintiff hereby moves the court pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss this lawsuit in its entirety and as to all parties, with prejudice to the refiling of same, and with costs of court to be taxed against and paid by the party incurring same.

Respectfully submitted,

/s/ Glenn Levy
Glenn Levy
State Bar No. 12264925
906 West Basse Road, Suite 100
San Antonio, Texas 78212
(210) 822-5650 – fax
(210) 822-5666 – phone
glenn@glennlevylaw.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing was filed on this the ___th day of November, 2011 via the Court's CM/ECF system, which generates a service copy on all enrolled counsel of record.

     Stephen J. Roppolo
     FISHER & PHILLIPS LLP
     333 Clay Street, Suite 4000
     Houston, TX  77002

                              /s/Glenn Levy
                              Glenn Levy